# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-CR-32 JCM (GWF) |
| Plaintiff(s), | ORDER |
| v. | |
| EMILE EDWARD BOUARI, et al., | |
| Defendant(s). | |

Presently before the court is the United States' motion to dismiss the criminal indictment against Ghassan Bouari Houbous in this matter pursuant to Federal Rule of Criminal Procedure 48(a). (ECF No. 113). Defendant filed a non-opposition response to the motion. (ECF No. 114).

The government requests that the court dismiss the indictment against defendant Ghassan Bouari Houbous "following additional investigation and in the interests of justice." The government may, with the leave of the court, dismiss an indictment, information, or complaint before trial. FED. R. CRIM. PRO. 48(a).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States' motion to dismiss the criminal indictment in this matter pursuant to Federal Rule of Criminal Procedure 48(a) (ECF No. 113) be, and the same hereby is, GRANTED.

DATED August 9, 2017.

*[signature]*
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**