# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>EMILE EDWARD BOUARI, et al.,<br><br>Defendant(s). | Case No. 2:16-CR-32 JCM (GWF)<br><br>ORDER |

Presently before the court is defendant Ghassan Houbous Bouari's verified petition for a certificate of innocence. (ECF No. 122).

On February 3, 2016, defendant, along with others, was indicted on money laundering charges. (ECF No. 1). On May 17, 2017, defendant filed a motion to dismiss. (ECF No. 89). On August 4, 2017, the government moved to dismiss the criminal indictment against Bouari pursuant to Federal Rule of Criminal Procedure 48(a). (ECF No. 113). On August 9, 2017, the court granted the government's motion. (ECF No. 116).

Defendant now requests the court to grant him a certificate of innocence. (ECF No. 122). The government's dismissal of an indictment is not tantamount to a finding of innocence regarding the underlying charges. The court will deny defendant's verified petition for a certificate of innocence.

Accordingly,

IT IS SO ORDERED.

DATED November 30, 2017.

*/s/ James C. Mahan*
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**